MARK ROSENBUSH
Attorney at Law, CSB 72436
214 Duboce Avenue
San Francisco, CA 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-0448 TEH |
| ) Plaintiff, ) | |
| ) | Stipulation and [~~Proposed~~] |
| ) | Order Continuing Appearance |
| vs. ) | Date and Excluding Time |
| ) | Pursuant to 18 U.S.C. § 3161 |
| LIVIA LILL, ) | |
| ) Defendant. ) | |
| ) | |

     Defendant LIVIA LILL, represented by Mark Rosenbush, and the government, represented by AUSA Kyle Waldinger, appeared on November 18, 2013 for a status conference. Additional discovery was delivered to the defense on that day. The matter was continued to December 16, 2013 for further status conference. By this stipulated motion the parties are requesting that the status conference be continued to January 27, 2014, at 2:30 p.m. This is a complex matter, involving voluminous discovery. The parties are actively conducting negotiations in hopes of resolving the case. Counsel for defendant Lill requests additional time to review the new discovery, discuss it with Ms. Lill, and further engage in negotiations with AUSA Waldinger. The parties agree that the requested additional time is necessary for adequate preparation of defense counsel, as well as to facilitate negotiations.

     For that reason the parties agree and request that the December 16, 2013 appearance be taken off calendar, and that the status conference be set instead for January 27, 2014, at 2:30

1

p.m. Additionally, the parties request that the time from December 16, 2013 until January 27, 2014 be excluded for adequate preparation and continuity of counsel.

MELINDA HAAG
United States Attorney

Dated: December 9, 2013
_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney

Dated: December 9, 2013
_____/s/_____
MARK ROSENBUSH
Attorney for Defendant
LIVIA LILL

## [PROPOSED] ORDER

Based on the foregoing representations, the stipulation of the parties above, and for adequate preparation and continuity of counsel, IT IS HEREBY ORDERED that the status conference in this matter is continued from December 16, 2013 to 2:30 p.m. on January 27, 2014. Furthermore, based on the representations of counsel and for good cause, the Court finds that failing to exclude time between December 16, 2013 and January 27, 2014 would unreasonably deny the defendant adequate preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161 (h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding time for this period outweigh the best interest of the public and the defendant in a speedy trial. Therefore IT IS HEREBY ORDERED that the time between December 16, 2013 and January 27, 2014 shall be excluded from the computation under the Speedy Trial Act, U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: 12/09/2013

_____
Hon. THELTON E. HENDERSON
United States